# Order

Michigan Supreme Court
Lansing, Michigan

February 17, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155172(59)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

TREMEL ANDERSON,
      Defendant-Appellee.
_____/

SC: 155172
COA: 327905
Wayne CC: 15-001051-AR

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if it is submitted on or before March 20, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 17, 2017



Clerk